# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 18-11768-MDC

JANET D. CONNEEN

409 LARCHWOOD ROAD

SPRINGFIELD, PA 19064

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JANET D. CONNEEN

    409 LARCHWOOD ROAD

    SPRINGFIELD, PA 19064

**Counsel for debtor(s), by electronic notice only.**
    DAVID B. SPITOFSKY ESQUIRE
    LAW OFFICES OF DAVID SPITOFSKY
    516 SWEDE ST
    NORRISTOWN, PA 19401-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                              /s/ William C. Miller

Date: 6/28/2018

                                              _____
                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee