**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JANET D. CONNEEN | Chapter 13 |
| Debtor | Bankruptcy No. 18-11768-MDC |

# **O R D E R**

     **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

August 20, 2020

                                      *Magdeline D. Coleman*
                                      Magdeline D. Coleman
                                      Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Debtor:
JANET D. CONNEEN

409 LARCHWOOD ROAD

SPRINGFIELD, PA 19064